IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                           Case No. 6:19-cr-60007

AMANDA LASTER                                                               DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Modification of Conditions of Release. (ECF No. 24). The government indicated that it does not oppose the motion. The Court finds the matter ripe for consideration.

Defendant is charged with social security fraud, in violation of 42 U.S.C. § 408(a)(4). Defendant is currently awaiting sentencing and, in relevant part, is restricted from traveling outside the Western District of Arkansas without permission from the United States Probation Office. On September 20, 2019, Defendant filed the instant motion, asking the Court to modify her conditions of release to allow her to travel to Hollandale, Mississippi, from September 27, 2019 through September 29, 2019, to attend a family reunion. Defendant states that she will incur no costs for the trip, as her family will pay any associated expenses.

The United States Probation Office has informed the Court that it has no issue with Defendant's request. Similarly, the government has informed the Court that it does not oppose the motion. Accordingly, the Court finds that good cause has been shown for the motion, and the same will be granted.

For the above-stated reasons, the Court finds that Defendant's motion (ECF No. 24) should be and hereby is **GRANTED**. The order setting Defendant's conditions of release (ECF No. 8) is

hereby modified to permit Defendant to travel outside the Western District of Arkansas to Hollandale, Mississippi, from September 27, 2019 through September 29, 2019, to attend a family reunion. If needed, Defendant shall provide the United States Probation Office with any required information to allow it to investigate the environment of the proposed travel destination or to otherwise ensure that she can be adequately supervised during the trip. All other conditions of release remain in full force and effect.

**IT IS SO ORDERED**, this 25th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge